UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DARRELL JAMES AARON-EL, | ) CASE NO. 5:10 CV 2420 |
| Petitioner, | ) JUDGE JAMES S. GWIN |
| v. | ) |
| VICKI MCGEE, | ) MEMORANDUM OF OPINION AND ORDER |
| Respondent. | ) |

On October 22, 2010, petitioner *pro se* Darrell James Aaron-El filed the above-captioned *in forma pauperis* habeas corpus action under 28 U.S.C. § 2254. Aaron-El currently resides at "TMRC-Oriana House," apparently as a result of a probation violation. As grounds for the petition, he asserts: he was harassed, decisions were made outside of open court, and decisions were made by his parole officer about with whom he could and could not live. For the reasons stated below, the petition is denied and this action is dismissed.

A federal district court may entertain a petition for a writ of habeas corpus by a person in state custody only on the ground that the custody violates the Constitution or laws of the United States. Furthermore, the petitioner must have exhausted all

available state remedies. 28 U.S.C. § 2254.

As a threshold matter, the petition reflects Mr. Aaron-El has not sought relief in the Ohio Courts concerning his claims. He has thus not exhausted state court remedies. Further, there is no reasonable suggestion of a constitutional basis for those claims.

Accordingly, the request to proceed *in forma pauperis* is granted, the petition is denied, and this action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Dated: December 16, 2010        s/    *James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE